**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

CHRISTINA HOLBROOK,

                Petitioner,

v.                                          CIVIL ACTION NO. 3:25-0555

2192 PIEDMONT RD., HUNTINGTON, WV,
Real Property in Dispute,
WAYNE COUNTY SHERIFF'S OFFICE,
WAYNE COUNTY LAND RECORDS OFFICE,
FREDERICK McCALLISTER, and
All unknow persons claiming any legal or equitable
Right, title, estate, lien, or interest in the property in
this Complaint,

                Respondents.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Jospeh K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court grant, in part, and deny, in part, Petitioner's Rule 12(f) Motion to Strike Insufficient and Immaterial Affirmative Defenses in the Wayne County Respondents' Answer, by striking the first, fourth, and ninth defenses, the references to Chapter 17C of the West Virginia Code contained in the eighth defense, and the portions of the tenth defense asserting contributory negligence, comparative negligence, assumption of risk, learned intermediary, product misuse, superseding intervening cause, act of God, and failure to mitigate

damages, and denying the motion in all other respects; and grant Petitioner's Rule 12(c) Motion for Partial Judgment on the Pleadings, (ECF No. 20), and dismiss the Wayne County Sheriff's Office and Wayne County Land Records Office from this action. No objections to the Magistrate Judge's findings and recommendations have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and, consistent with the findings and recommendations, **GRANTS, IN PART, and DENIES, IN PART** Petitioner's Rule 12(f) Motion to Strike Insufficient and Immaterial Affirmative Defenses in the Wayne County Respondents' Answer, (ECF No. 15), by **STRIKING** the first, fourth, and ninth defenses, the references to Chapter 17C of the West Virginia Code contained in the eighth defense, and the portions of the tenth defense asserting contributory negligence, comparative negligence, assumption of risk, learned intermediary, product misuse, superseding intervening cause, act of God, and failure to mitigate damages, and **DENIES** the motion in all other respects; and **GRANTS** Petitioner's Rule 12(c) Motion for Partial Judgment on the Pleadings, (ECF No. 20), and **DISMISSES** the Wayne County Sheriff's Office and Wayne County Land Records Office from this action.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

ENTER:        April 15, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE